UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-20949-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM STERLING,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO RETURN SEIZED PROPERTY

THIS CAUSE comes before the Court upon the Defendant Sterling's "Motion to Request Return Seized Property Pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure[]" (D.E. #80), filed March 2, 2009. On March 20, 2009, the undersigned directed the Government to file a response within the next ten days. *See* D.E. #81. On March 24, 2009, the Government filed its "Response to Defendant's Request for Return of Seized Property." D.E. #82.

The Government asserts that it is making arrangements so that the designated person can pickup all seized property which may be properly returned to the Defendant.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Defendant's "Motion to Request Return Seized Property Pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure[]" (**D.E. #80**) be, and the same is hereby, **DENIED as MOOT**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of April, 2009.

*[signature]*

JAMES LAWRENCE KING
U.S. DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **_Counsel for Plaintiff_**

**Frank Tamen**
United States Attorney's Office
99 NE 4 Street
Miami , FL 33132

**_Counsel for Defendant_**

**William Sterling**
73402-004
Fort Dix Federal Correctional Institution
Reg. No. 72402-004
PO Box 7000
Fort Dix, NJ 08640
PRO SE